WILLIAM L. HAMES, WSBA #12193
HAMES, ANDERSON & WHITLOW, P.S.
P.O. BOX 5498
Kennewick, WA 99336-0498
(509) 586-7797/ Fax (509) 586-3674

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

MARK C. YOUNG AND JUDITH L. YOUNG,

Debtor.

Case No. 11-01122-FLK12

FINDINGS OF FACT AND
CONCLUSIONS OF LAW

THIS MATTER having come before the above-entitled Court for confirmation, such Confirmation Hearing was held by telephone conference on April 10, 2012, and the Court having read the Declaration of Mark Young, Debtor herein, and having reviewed the Plan and the Trustee's Confirmation Summary, and having heard the arguments of counsel, makes the following:

FINDINGS OF FACT

I.

Debtors filed the above-captioned voluntary Chapter 12 Proceeding on March 8, 2011.

II.

Debtors filed their Chapter 12 Plan on March 8, 2012.

III.

All creditors were given notice of Debtors' Chapter 12 Plan.

FINDINGS OF FACT AND
CONCLUSIONS OF LAW - 1

HAMES, ANDERSON & WHITLOW, P.S.
P.O. BOX 5498
Kennewick, WA 99336-0498
(509) 586-7797/ Fax (509) 586-3674

11-01122-FLK12    Doc 144    Filed 05/10/12    Entered 05/11/12 13:59:38    Pg 1 of 5

IV.

Debtors received three objections to their Plan, one from Global Mortgage and Credit, LLC, one from Monson Fruit Company, Inc., and one from Farm Service Agency of the US Department of Agriculture.

V.

Debtors filed their Amended Chapter 12 Plan on April 6, 2012. Debtor's filed their Second amended Chapter Twelve Plan on April 9th 2012. The Second Amended Plan, as filed by Debtor resolves all creditor objections to the Plan.

VI.

Monson Fruit filed an Adversary Proceeding against Debtors alleging non-dis-chargeability of debt on April 20, 2011,. The provisions of the Second Amended Plan resolve all claims by Monson against the Debtors and all of Debtors counterclaims against Monson Fruit. Debtors and Monson Fruit have agreed upon confirmation of the Debtors' Second Amended Chapter 12 Plan, The Adversary Proceeding Case No. 11-80072-FLK12 will be dismissed upon confirmation of Debtors Second Amended Chapter twelve plan .

VII.

Debtors' budget projections attached to their Second Amended Chapter 12 Plan, indicate the Plan is feasible and Debtors will be able to make their payments as set forth in the Plan.

VIII.

FINDINGS OF FACT AND
CONCLUSIONS OF LAW - 2

HAMES, ANDERSON & WHITLOW, P.S.
P.O. BOX 5498
Kennewick, WA 99336-0498
(509) 586-7797/ Fax (509) 586-3674

All fees, charges or amounts required to be paid under Chapter 12 under Title 28 USC or by the Plan, to be paid before confirmation, have been paid.

From the foregoing Findings of Fact, the Court makes the following Conclusions of Law.

## CONCLUSIONS OF LAW

### XXII.

The Debtors' Second Amended Chapter Twelve Plan complies with the provisions of Chapter Twelve and other applicable provisions of Title 28 U.S.C.

### XXIII.

The holder of each secured claim has accepted the Plan and shall receive payments on the secured portion of its claim as set forth in the Plan and shall retain its lien until such payment has been paid

### XXIV.

The Debtors will be able to make all payments and comply with the Plan.

### XXV.

The chapter 12 Trustee shall receive compensation pursuant to 28 U.S.C. §586(e)(1)(B)(ii).

### XXVI.

The Plan has been proposed in good faith and not by any means forbidden by law.

Presented by:

HAMES, ANDERSON & WHITLOW, P.S.

FINDINGS OF FACT AND
CONCLUSIONS OF LAW - 3

HAMES, ANDERSON & WHITLOW, P.S.
P.O. BOX 5498
Kennewick, WA 99336-0498
(509) 586-7797/ Fax (509) 586-3674

BY _(signature)_
William L. Hames, WSBA #12193
Attorney for Debtors

CHAPTER 12 TRUSTEE

_Approved_
Ford Elsaesser
Chapter 12 Trustee

VELIKANJE HALVERSON, P.C.

BY:_____
Alan Campbell
Attorney for Monson Fruit Co., Inc.

HURLEY AND LARA

BY _Approved_
James Hurley
Attorney for Global, Mortgage and Credit, LLC

US ATTORNEY'S OFFICE

BY _Approved_
Frank A. Wilson
Attorney for Farm Service Agency

FINDINGS OF FACT AND
CONCLUSIONS OF LAW - 4

HAMES, ANDERSON & WHITLOW, P.S.
P.O. BOX 5498
Kennewick, WA 99336-0498
(509) 586-7797/ Fax (509) 586-3674

BY _____
William L. Hames, WSBA #12193
Attorney for Debtors

CHAPTER 12 TRUSTEE

_____
Ford Elsaesser
Chapter 12 Trustee

VELIKANJE HALVERSON, P.C.

BY: *Alan Campbell*
Alan Campbell
Attorney for Monson Fruit Co., Inc.

HURLEY AND LARA

BY _____
James Hurley
Attorney for Global, Mortgage and Credit, LLC

US ATTORNEY'S OFFICE

BY _____
Frank A. Wilson
Attorney for Farm Service Agency

*Frank L. Kurtz*
Frank L. Kurtz
Bankruptcy Judge

FINDINGS OF FACT AND
CONCLUSIONS OF LAW - 4

05/10/JAMES: ANDERSON & WHITLOW, P.S.
P.O. BOX 5498
Kennewick, WA 99336-0498
(509) 586-7797/ Fax (509) 586-3674